Antonio B. Moore                    Cause No: 14F0612-103/14F0641 IN the 102 District Court
vs                                                                     in for
The State of Texas                                          Bowie County

RECEIVED IN
The Court of Appeals
Sixth District

JUN 0 4 2018

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

06-16-00144-CR
1st - CR

## Motion for free Copies of Transcripts

JUN 0 4 2018

Texarkana, Texas
Debra K. Autrey, Clerk

To the Honorable Judge of said Court:

Now Comes Antonio B. Moore Defendant, moves this court for a copy of the transcripts in this CauseNo: above

Defendant is Previously incarcerated at the Mark W. Michaels Unit. for a conviction out of Bowie County Texas. Defendant case is on appeal and is Seeking Copy's of his transcript in order to fight his illegal Conviction defendant would respect-fully show the court as following:

### I.

The Supreme Court has ruled several times that appellants (Person fuing the appeal) in criminal appeals can not be denied copies of their court transcripts because they do not have the ability to pay for them. See Griffin vs Illinois 351 U.S. 12 (1956): Estridge vs Washington: State Prison Board 557 U.S. 214 (1958) and Lane vs Brown 372 U.S. 477 (1963): the Court records show that Defendant is Indigent.

### Prayer

Defendant Prays that said motion for Free Copies of Trans-cripts is Granted.

### Certificate of Service

I Antonio B. Moore, Defendant Pro-Se do hereby declare a true and correct copy of the foregoing motion for Free Copies of Transcripts were Placed in the Mark W. Michaels Unit Mail Box on the May/29/2018 2018 Located in Anderson County, Texas.

X Antonio B. Moore

X Antonio B. Moore